UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY KUCHARSKI,

    Plaintiff,

                                    CASE NO.: 12-12958
v.                                   HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      This matter is before the Court on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment with respect to the Defendant's decision to deny Plaintiff's application for Social Security disability benefits. The Court is also in receipt of Magistrate Judge R. Steven Whalen's Report and Recommendation, wherein the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted. Plaintiff has filed objections to the Report and Recommendation, to which she attached three exhibits.

      The Court notes that Plaintiff's objections consisted of approximately 15 different matters. The Court reviewed Plaintiff's objections thoroughly, including a review of the entire record, including the Administrative Law Judge's Opinion, the

medical records, the arguments and exhibits set forth in Plaintiff's objections, and the Report and Recommendation. Almost all of Plaintiff's objections lack merit, as the record reveals that her arguments are unfounded. To the extent any of the objections are supported by the record in some manner, none of those objections supports a conclusion that the final decision of Defendant was not supported by substantial evidence.

Therefore, after its thorough review of the court file, the Report and Recommendation, and the objections to the Report and Recommendation filed by Plaintiff, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Accordingly, Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and Plaintiff's cause of action is hereby DISMISSED WITH PREJUDICE. Judgment shall be entered accordingly.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2013